<div style="margin-left: auto; margin-right: auto;">

**United States District Court**
For the Northern District of California

</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas Paulsen, et al., | NO. C 03-03960 JW |
| Plaintiff(s), | **ORDER CONTINUING HEARING REGARDING DEFENDANT TOWERS, PERRIN, FORSTER & CROSBY, INC.'S MOTION FOR (1) CLARIFICATION OF MAY 2, 2005 ORDER AND DISMISSAL OF THIS ACTION, OR ALTERNATIVELY (2) CLARIFICATION AND CERTIFICATION OF MAY 2, 2005 ORDER FOR IMMEDIATE APPEAL AND FOR STAY UNDER 28 U.S.C. § 1292(b)** |
| v. | |
| CNF, Inc., et al., | |
| Defendant(s). | |

Defendant Towers, Perrin, Forster & Crosby, Inc.'s Motion for (1) Clarification of May 2, 2005 Order and Dismissal of this Action, or Alternatively (2) Clarification and Certification of May 2, 2005 Order for Immediate Appeal and for Stay Under 28 U.S.C. § 1292(b) (hereinafter "Towers' Motion," Docket Item No. 84) is currently scheduled for hearing on Monday, July 11, 2005. This Court is unavailable on that date. Accordingly, this Court continues the hearing regarding Towers' Motion to Monday, October 3, 2005 at 9:00 a.m. The briefing shall remain completed.

Dated: July 5, 2005                                            /s/James Ware
                                                                      JAMES WARE
03cv3960cont-mot-clarif                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cassie Springer-Sullivan cssullivan@lewisfeinberg.com
David E. Gordon dgordon@omm.com
David L. Bacon dlbacon@thelenreid.com
George A. Riley griley@omm.com
James M. Finberg Jfinberg@lchb.com
Karl Olson ko@lrolaw.com
Lisa T. Belenky lbelenky@biologicaldiversity.org
Michael Hallerud hallerud@thelenreid.com
Robert Edwin Mangels REM@jmbm.com
Sherwin S. Kaplan skaplan@thelenreid.com
Steven M. Tindall stindall@lchb.com
Susan J. Allison SJA@jmbm.com
Teresa S. Renaker trenaker@lewisfeinberg.com
Timothy Carl Travelstead ttravelstead@omm.com

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Mary Ellen Signorille
AARP Foundation Litigation
601 E. Street, NW
Washington, DC 20049

**Dated: July 5, 2005**              **Richard W. Wieking, Clerk**

**By:/s/JWchambers**
    **Ronald L. Davis**
    **Courtroom Deputy**