JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT E. MANGELS (Bar No. 48291)
SUSAN ALLISON (Bar No. 133448)
ZOEY KOHN (Bar No. 235333)
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:     (310) 203-8080
Facsimile:      (310) 203-0567
Attorneys for Defendant and Third-Party Plaintiff
TOWERS, PERRIN, FORSTER & CROSBY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. PAULSEN, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CNF, INC., et al.<br><br>　　　　Defendants.<br>_____<br>TOWERS, PERRIN, FORSTER & CROSBY, INC.<br><br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>CNF INC., ADMINISTRATIVE COMMITTEE OF THE CONSOLIDATED FREIGHTWAYS CORPORATION PENSION PLAN, STEPHEN D. RICHARDS, JAMES R. TENER, and ROBERT E. WRIGHTSON,<br><br>　　　　Third-Party Defendants. | CASE NO. C 03-03960 JW (EAI)<br><br>**STIPULATION REGARDING MOTIONS TO DISMISS TOWERS, PERRIN, FORSTER & CROSBY, INC.'S THIRD-PARTY COMPLAINT AND [PROPOSED] ORDER THEREON**<br><br>Fourth Am. Compl. Filed:  Oct. 28, 2005<br><br>Third-Party Compl. Filed:  Nov. 15, 2005<br><br>Trial Date:              None Set |

　　　　Defendant/Third-Party Plaintiff Towers, Perrin, Forster & Crosby, Inc. ("Towers Perrin"), and Third-Party Defendants CNF Inc. ("CNF") and Administrative Committee of the Consolidated Freightways Corporation Pension Plan, Stephen D. Richards, James R. Tener, and

3772685v1

- 1 -

Robert E. Wrightson (the "Committee Third-Party Defendants"), through their counsel of record, stipulate as follows:

1. On January 28, 2005, Plaintiffs filed their Third Amended Complaint in this action. Towers Perrin timely filed an Answer to the Third Amended Complaint on June 8, 2005, and on June 15, 2005, filed an Amended Answer to the Third Amended Complaint.

2. On June 14, 2005, Towers Perrin filed a Third-Party Complaint against CNF and the Committee Third-Party Defendants, alleging claims against those third-party defendants for equitable indemnity under California law, arising out of and referencing the allegations of Plaintiffs' Third Amended Complaint (the "Original Third-Party Complaint").

3. On August 15, 2005, CNF filed a Motion to Dismiss the Original Third-Party Complaint, pursuant to FRCP 12(b)(6) (the "CNF Motion to Dismiss"); and on August 22, 2005, the Committee Third-Party Defendants filed a Motion to Dismiss the Original Third-Party Complaint pursuant to FRCP 12(b)(6) (the "Committee Motion to Dismiss").

4. The CNF Motion to Dismiss and the Committee Motion to Dismiss were fully briefed and argued before this Court on October 3, 2005, at which time they were taken under submission. As of the date of the parties' submission of this Stipulation, the Court has not yet ruled on either the CNF Motion to Dismiss or the Committee Motion to Dismiss.

5. On October 28, 2005, Plaintiffs filed and served a Fourth Amended Complaint in this action. Because the Fourth Amended Complaint superseded the Third Amended Complaint, Towers Perrin filed a new Third-Party Complaint on November 15, 2005, arising out of and referencing the allegations of the Fourth Amended Complaint (the "New Third-Party Complaint"). The allegations against CNF and the Committee Third-Party Defendants alleged in the New Third-Party Complaint are substantively identical to those in the now-superseded Original Third Party Complaint.

6. In order to avoid unnecessary and duplicative motion practice, Towers Perrin, on the one hand, and CNF and the Committee Third-Party Defendants, on the other hand, hereby stipulate and agree as follows:

3772685v1

- 2 -

1       A.    CNF and the Committee Third-Party Defendants hereby waive service of the New Third-Party Complaint, which shall be deemed to have been personally served on each of them as of November 28, 2005.

      B.    The CNF Motion to Dismiss and the Committee Motion to Dismiss, both taken under submission by the Court on October 3, 2005, shall be deemed to be motions to dismiss the equitable indemnity claims alleged in the New Third-Party Complaint.

      C.    Towers Perrin, on the one hand, and CNF and the Committee Third-Party Defendants, and each of them, request that the Court proceed to rule on the CNF Motion to Dismiss and the Committee Motion to Dismiss, with the understanding and agreement that the Court's rulings on those motions shall be deemed to apply in all respects to the New Third-Party Complaint.

DATED: November 29, 2005

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT E. MANGELS
SUSAN ALLISON
ZOEY KOHN

By: /s/ Susan Allison
SUSAN ALLISON
Attorneys for Defendant and Third-Party Plaintiff
TOWERS, PERRIN, FORSTER & CROSBY, INC.

DATED: November 29, 2005

THELEN REID & PRIEST LLP
DAVID L. BACON

By: /s/ David L. Bacon
DAVID L. BACON
Attorneys for Third-Party Defendant CNF INC.

DATED: November 29, 2005

O'MELVENY & MYERS LLP
GARY S. TELL
GEORGE A. RILEY

By: /s/ Gary S. Tell
GARY S. TELL
Attorneys for Third-Party Defendants
ADMINISTRATIVE COMMITTEE OF THE
CONSOLIDATED FREIGHTWAYS CORPORATION
PENSION PLAN, STEPHEN D. RICHARDS, JAMES
R. TENER, and ROBERT E. WRIGHTSON

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: Nov. 30, 2005

_____
UNITED STATES DISTRICT JUDGE

3772685v1

- 3 -