**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas A. Paulsen, et al., | NO. C 03-03960 JW |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| CNF, Inc., et al., | |
| Defendants. | |

The case management conference currently scheduled for December 19, 2005 is continued to February 14, 2006 at 10:00 a.m. The parties shall file a joint case management statement no later than February 4, 2006.

Dated: December 5, 2005         /s/ James Ware
03eciv3960ctdcmc                JAMES WARE
                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cassie Springer-Sullivan cssullivan@lewisfeinberg.com
David E. Gordon dgordon@omm.com
David L. Bacon dlbacon@thelenreid.com
Ellen M. Papadakis empapadakis@thelenreid.com
George A. Riley griley@omm.com
Jahan C. Sagafi jsagafi@lchb.com
James M. Finberg Jfinberg@lchb.com
Karl Olson ko@lrolaw.com
Lisa T. Belenky lbelenky@biologicaldiversity.org
Michael Hallerud hallerud@thelenreid.com
Robert Edwin Mangels REM@jmbm.com
Sherwin S. Kaplan skaplan@thelenreid.com
Steven M. Tindall stindall@lchb.com
Susan J. Allison SJA@jmbm.com
Teresa S. Renaker trenaker@lewisfeinberg.com
Timothy Carl Travelstead ttravelstead@omm.com

Gary S. Tell
O'Melveny & Myers
1625 Eye St., N.W.
Washington, DC 20006

Mary Ellen Signorille
AARP Foundation Litigation
601 E. Street, NW
Washington, DC 20049

**Dated: December 5, 2005**                                **Richard W. Wieking, Clerk**

                                                                            **By:_/s/ JWChambers_____**
                                                                                   **Ronald L. Davis**
                                                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California