**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas A. Paulsen, et al., | NO. C 03-03960 JW |
| Plaintiffs, | |
| v. | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| CNF, Inc., et al., | |
| Defendants. | |
| _____/ | |

    By Order dated December 5, 1005, this Court continued the case management conference scheduled for December 19, 2005 to February 14, 2006. The Court reschedules the case management conference for February 13, 2006 at 10:00 a.m. The parties shall file a joint case management statement no later than February 3, 2006.

Dated: December 6, 2005                 /s/ James Ware
03eciv3960reschedcmc                                           JAMES WARE
                                                                                  United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cassie Springer-Sullivan cssullivan@lewisfeinberg.com
David E. Gordon dgordon@omm.com
David L. Bacon dlbacon@thelenreid.com
Ellen M. Papadakis empapadakis@thelenreid.com
George A. Riley griley@omm.com
Jahan C. Sagafi jsagafi@lchb.com
James M. Finberg Jfinberg@lchb.com
Karl Olson ko@lrolaw.com
Lisa T. Belenky lbelenky@biologicaldiversity.org
Michael Hallerud hallerud@thelenreid.com
Robert Edwin Mangels REM@jmbm.com
Sherwin S. Kaplan skaplan@thelenreid.com
Steven M. Tindall stindall@lchb.com
Susan J. Allison SJA@jmbm.com
Teresa S. Renaker trenaker@lewisfeinberg.com
Timothy Carl Travelstead ttravelstead@omm.com

Gary S. Tell
O'Melveny & Myers
1625 Eye St., N.W.
Washington, DC 20006

Mary Ellen Signorille
AARP Foundation Litigation
601 E. Street, NW
Washington, DC 20049

**Dated: December 6, 2005**                           **Richard W. Wieking, Clerk**

                                                                        **By:_/s/ JWChambers_____**
                                                                             **Ronald L. Davis**
                                                                             **Courtroom Deputy**