**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9          SAN JOSE DIVISION

10

11   Thomas A. Paulsen, et al.,                          NO. C 03-03960 JW

12          Plaintiffs,

13          v.                                   **ORDER CONTINUING CASE
                                                 MANAGEMENT CONFERENCE**
14   CNF, Inc., et al.,

15          Defendants.
                                        /
16          The case management conference in this case currently scheduled for February 23, 2006 is

17   continued to March 27, 2006.

18   Dated: February 9, 2006                    /s/ James Ware
     03eciv3960ctdcmc                           JAMES WARE
19                                              United States District Judge

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Cassie Springer-Sullivan cssullivan@lewisfeinberg.com
   David E. Gordon dgordon@omm.com
3  David L. Bacon dlbacon@thelenreid.com
   Ellen M. Papadakis empapadakis@thelenreid.com
4  George A. Riley griley@omm.com
   Jahan C. Sagafi jsagafi@lchb.com
5  James M. Finberg Jfinberg@lchb.com
   Karl Olson ko@lrolaw.com
6  Lisa T. Belenky lbelenky@biologicaldiversity.org
   Michael Hallerud hallerud@thelenreid.com
7  Robert Edwin Mangels REM@jmbm.com
   Sherwin S. Kaplan skaplan@thelenreid.com
8  Steven M. Tindall stindall@lchb.com
   Susan J. Allison SJA@jmbm.com
9  Teresa S. Renaker trenaker@lewisfeinberg.com
   Timothy Carl Travelstead ttravelstead@omm.com
10 Vicente Matias Murrell murrell.vicente@pbgc.gov
   Vincent Cheng vcheng@lewisfeinberg.com

11
   Gary S. Tell
12 District of Columbia
   1625 Eye St., N.W.
13 Washington, DC 20006

14 Mary Ellen Signorille
   AARP Foundation Litigation
15 601 E. Street, NW
   Washington, DC 20049

16

17 **Dated: February 9, 2006**                          **Richard W. Wieking, Clerk**

18
                                                        **By:__/s/ JW Chambers_____**
19                                                           **Melissa Peralta**
                                                             **Courtroom Deputy**
20

21

22

23

24

25

26

27

28