United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas Paulsen, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CNF, Inc., et al., <br><br> Defendants. | NO. C 03-03960 JW <br><br> **ORDER TO SHOW CAUSE WHY PBGC SHOULD NOT BE DISMISSED FROM THE FOURTH AMENDED COMPLAINT AND REALIGNED AS A PLAINTIFF** |

On March 27, 2006, the Court held a case management conference in the above matter in which all parties appeared. As discussed at the conference, the Court orders the parties to show cause why PBGC, a defendant in Plaintiffs' Fourth Amended Complaint, should not be dismissed from the Fourth Amended Complaint and realigned as a Plaintiff. The Court shall hear the parties on this Order to Show Cause on August 1, 2006 at 1:00 p.m. In the interest of judicial efficiency, the hearing on Defendant Towers Perrin's Motion to Stay currently noticed for May 1, 2006, is continued to August 1, 2006 at 1:00 p.m. All discovery in this matter is stayed until further notice from this Court.

Dated: April 5, 2006                                              /s/ James Ware
03cv3960oscPBGC                                                   JAMES WARE
                                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cassie Springer-Sullivan cssullivan@lewisfeinberg.com
David E. Gordon dgordon@omm.com
David L. Bacon dlbacon@thelenreid.com
Ellen M. Papadakis empapadakis@thelenreid.com
George A. Riley griley@omm.com
Jahan C. Sagafi jsagafi@lchb.com
James M. Finberg Jfinberg@lchb.com
Karl Olson ko@lrolaw.com
Lisa T. Belenky lbelenky@biologicaldiversity.org
Michael Hallerud hallerud@thelenreid.com
Robert Edwin Mangels REM@jmbm.com
Sherwin S. Kaplan skaplan@thelenreid.com
Steven M. Tindall stindall@lchb.com
Susan J. Allison SJA@jmbm.com
Teresa S. Renaker trenaker@lewisfeinberg.com
Timothy Carl Travelstead ttravelstead@omm.com
Vicente Matias Murrell murrell.vicente@pbgc.gov
Vincent Cheng vcheng@lewisfeinberg.com

Gary S. Tell
District of Columbia
1625 Eye St., N.W.
Washington, DC 20006

Mary Ellen Signorille
AARP Foundation Litigation
601 E. Street, NW
Washington, DC 20049

**Dated: April 5, 2006**               **Richard W. Wieking, Clerk**

                                       **By:__/s/ JW Chambers_____**
                                           **Melissa Peralta**
                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California