IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas A. Paulsen, et al., | NO. C 03-03960 JW |
|     Plaintiffs, | **INTERLOCUTORY JUDGMENT** |
|   v. | |
| CNF, Inc., et al., | |
|     Defendants. | |

Pursuant to the Court's December 22, 2006 Order Dismissing Defendant PBGC from the Fourth Amended Complaint and Dismissing Plaintiffs' Claims Against Towers With Prejudice, judgment is entered in favor of Defendants Towers Perrin Forster & Crosby Inc. and Pension Benefit Guaranty Corporation, against Plaintiffs Robert M. Bowden and Robert Newell.

Dated: December 22, 2006

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cassie Springer-Sullivan cssullivan@lewisfeinberg.com
Charles J. Wichmann twichmann@winston.com
Charles S. Birenbaum cbirenbaum@winston.com
David Elliot Gordon dgordon@omm.com
David L. Bacon dlbacon@thelenreid.com
Ellen M. Papadakis empapadakis@thelenreid.com
Gary S. Tell gtell@omm.com
George A. Riley griley@omm.com
Jahan C. Sagafi jsagafi@lchb.com
James M. Finberg Jfinberg@lchb.com
Karl Olson ko@lrolaw.com
Lisa T. Belenky lbelenky@biologicaldiversity.org
Michael Hallerud hallerud@thelenreid.com
Robert Spagat rspagat@winston.com
Robert Edwin Mangels REM@jmbm.com
Sherwin S. Kaplan skaplan@thelenreid.com
Steven M. Tindall stindall@lchb.com
Susan J. Allison SJA@jmbm.com
Susan J. Allison SJA@jmbm.com
Teresa S. Renaker trenaker@lewisfeinberg.com
Timothy Carl Travelstead ttravelstead@omm.com
Vicente Matias Murrell murrell.vicente@pbgc.gov
Vincent Cheng vcheng@lewisfeinberg.com

Dated: December 22, 2006                    Richard W. Wieking, Clerk


By:   /s/ JW Chambers
        Elizabeth Garcia
        **Courtroom Deputy**

**United States District Court**
For the Northern District of California