United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas A. Paulsen, et al., | NO. C 03-03960 JW |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| CNF, Inc., et al., | |
| Defendants. | |

Pursuant to the following Orders of the Court:

1. November 24, 2003 Order Granting Defendants' Motion to Dismiss, Docket Item No. 29;
2. May 21, 2004 Order Granting Defendants Richards', Tener's, Wrightson's, The Administrative Committee of the Consolidated Freightways Corporation Pension Plan's and Towers, Perrin, Forster & Crosby, Inc.'s Motions to Dismiss First Amended Complaint, Docket Item No. 52;
3. January 19, 2005 Order Granting in Part and Denying in Part Defendant Towers, Perrin, Forster & Crosby, Inc.'s Motion to Dismiss Second Amended Complaint, Docket Item No. 71 and Order Granting Defendants Administrative Committee of the Consolidated Freightways Corporation Pension Plan's, Stephen D. Richard's, James R. Tener's, and Robert E. Wrightson's Motion to Dismiss Second Amended Complaint, Docket Item No. 72;
4. May 2, 2005 Order Granting in Part and Denying in Part Towers, Perrin, Forster & Crosby, Inc.'s Motion to Dismiss Third Amended Complaint, Docket Item No. 82;
5. December 22, 2006 Order Dismissing Defendant PBGC from the Fourth Amended Complaint and Dismissing Plaintiffs' Claims Against Towers With Prejudice, Docket Item No. 152;

Judgment is entered in favor of Defendants CNF, Inc.; CNF Service Company, Inc.; Administrative Committee of the Consolidated Freightways Corporation Pension Plan; Steven D. Richards; James

R. Tener; Robert E. Wrightson; Towers, Perrin, Forster & Crosby, Inc.; and Pension Benefit Guaranty Corporation, against Plaintiffs Thomas A. Paulsen; Robert M. Bowden; Edward L. Frazee; Chester Madison; Robert Newell; and Lloyd Michael O'Connell, III.

Pursuant to the Court's March 29, 2006 Order Granting Third-Party Defendants' Motion to Dismiss, Docket Item No. 136, judgment is entered for Third-Party Defendants CNF, Inc.; Administrative Committee of the Consolidated Freightways Corporation Pension Plan; Stephen D. Richards; James R. Tener; and Robert E. Wrightson, against Third-Party Plaintiff Towers, Perrin, Forster & Crosby, Inc.

The Clerk shall close the file.

Dated: January 31, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cassie Springer-Sullivan cssullivan@lewisfeinberg.com
Charles J. Wichmann twichmann@winston.com
Charles S. Birenbaum cbirenbaum@winston.com
David Elliot Gordon dgordon@omm.com
David L. Bacon dlbacon@thelenreid.com
Ellen M. Papadakis empapadakis@thelenreid.com
Gary S. Tell gtell@omm.com
George A. Riley griley@omm.com
Jahan C. Sagafi jsagafi@lchb.com
James M. Finberg Jfinberg@altshulerberzon.com
Karl Olson ko@lrolaw.com
Lisa T. Belenky lbelenky@biologicaldiversity.org
Michael Hallerud hallerud@thelenreid.com
Robert Spagat rspagat@winston.com
Robert Edwin Mangels REM@jmbm.com
Sherwin S. Kaplan skaplan&#064;thelenreid.com
Steven M. Tindall stindall@lchb.com
Susan J. Allison SJA@jmbm.com
Susan J. Allison SJA@jmbm.com
Teresa S. Renaker trenaker@lewisfeinberg.com
Timothy Carl Travelstead ttravelstead@omm.com
Vicente Matias Murrell murrell.vicente@pbgc.gov
Vincent Cheng vcheng@lewisfeinberg.com

Dated:  January 31, 2007                    Richard W. Wieking, Clerk

                                            By:  /s/ JW Chambers
                                                 Elizabeth Garcia
                                                 Courtroom Deputy