United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas A. Paulsen, et al., | NO. C 03-03960 JW |
|       Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| CNF, Inc., et al., | |
|       Defendants. | |

Based on the Court's January 31, 2007 Final Judgment, the Court VACATES the Case Management Conference scheduled for February 5, 2007.

Dated:  February 1, 2007

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cassie Springer-Sullivan cssullivan@lewisfeinberg.com
Charles J. Wichmann twichmann@winston.com
Charles S. Birenbaum cbirenbaum@winston.com
David Elliot Gordon dgordon@omm.com
David L. Bacon dlbacon@thelenreid.com
Ellen M. Papadakis empapadakis@thelenreid.com
Gary S. Tell gtell@omm.com
George A. Riley griley@omm.com
Jahan C. Sagafi jsagafi@lchb.com
James M. Finberg Jfinberg@altshulerberzon.com
Karl Olson ko@lrolaw.com
Lisa T. Belenky lbelenky@biologicaldiversity.org
Michael Hallerud hallerud@thelenreid.com
Robert Spagat rspagat@winston.com
Robert Edwin Mangels REM@jmbm.com
Sherwin S. Kaplan skaplan&#064;thelenreid.com
Steven M. Tindall stindall@lchb.com
Susan J. Allison SJA@jmbm.com
Susan J. Allison SJA@jmbm.com
Teresa S. Renaker trenaker@lewisfeinberg.com
Timothy Carl Travelstead ttravelstead@omm.com
Vicente Matias Murrell murrell.vicente@pbgc.gov
Vincent Cheng vcheng@lewisfeinberg.com

**Dated:  February 1, 2007**                                 **Richard W. Wieking, Clerk**

                                                              **By:  /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**