1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10  THOMAS A. PAULSEN ET AL,                    NO. C 03-03960 JW

11              Plaintiff(s),           **ORDER SETTING CASE MANAGEMENT**
        v.                              **CONFERENCE IN LIGHT OF NINTH**
12                                      **CIRCUIT REMAND**
    CNF, INC ET AL,
13
              Defendant(s).
14  _____/

15          In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case

16  Management Conference for **June 1, 2009 at 10:00 AM** (30 days from date of remand).  On or

17  before **May 22, 2009** (10 days from conference), the parties shall file a Joint Case Management

18  Statement.  The Statement shall include, among other things, the parties' position with respect to the

19  next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

20
21  Dated:  May 6, 2009                    _____
                                           JAMES WARE
22                                         United States District Judge

23
24
25
26
27
28

**United States District Court**
For the Northern District of California

**United States District Court**

For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Susan J. Allison SJA@jmbm.com
David L. Bacon

3 dbacon@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com,rdira@nixonpeabody.com
Lisa T. Belenky lbelenky@biologicaldiversity.org

4 Charles S. Birenbaum cbirenbaum@winston.com,ecladianos@winston.com
Vincent Cheng

5 vcheng@lewisfeinberg.com,celder@lewisfeinberg.com,vmartin@lewisfeinberg.com,nmartin@le
wisfeinberg.com

6 James M. Finberg jfinberg@altshulerberzon.com,sbrownell@altshulerberzon.com
David Elliot Gordon

7 dgordon@omm.com,mkopp@omm.com,jnelli@omm.com,gtell@omm.com,jlenox@omm.com
Michael Christian Hallerud

8 hallerud@nixonpeabody.com,sf.managing.clerk@nixonpeabody.com,ileal@nixonpeabody.com
Sherwin S. Kaplan skaplan@thelenreid.com

9 Robert Edwin Mangels RMangels@jmbm.com
Vicente Matias Murrell , NA murrell.vicente@pbgc.gov,efile@pbgc.gov

10 Karl Olson ko@lrolaw.com,amw@lrolaw.com
Ellen M. Papadakis epapadakis@nixonpeabody.com,sf.managing.clerk@nixonpeabody.com

11 Teresa Renaker
trenaker@lewisfeinberg.com,celder@lewisfeinberg.com,vmartin@lewisfeinberg.com,bchicuata

12 @lewisfeinberg.com,rgiannetta@lewisfeinberg.com
George A. Riley griley@omm.com,mhenderson@omm.com,cchiu@omm.com

13 Jahan C. Sagafi jsagafi@lchb.com
Robert Spagat rspagat@winston.com,docketsf@winston.com,ttannis@winston.com

14 Cassie Springer-Sullivan css@ssrlawgroup.com,wal@ssrlawgroup.com,mlr@ssrlawgroup.com
Gary S. Tell gtell@omm.com

15 Steven M. Tindall
steventindall@rhdtlaw.com,zacharycincotta@rhdtlaw.com,markgaines@rhdtlaw.com

16 Timothy C Travelstead  travelsteadt@jacksonlewis.com,moorel@jacksonlewis.com

17

18 **Dated:  May 6, 2009**                                                 **Richard W. Wieking, Clerk**

19

20                                                                                  **By:     /s/ JW Chambers**
                                                                                          **Elizabeth Garcia**

21                                                                                       **Courtroom Deputy**

22

23

24

25

26

27

28