IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAULSEN ET AL, | NO. C 03-03960 JW |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE IN LIGHT OF NINTH CIRCUIT MANDATE** |
| v. | |
| CNF, INC ET AL, | |
| Defendant(s). | |

In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case Management Conference for **August 31, 2009 at 10:00 AM** (30 days from date of mandate). On or before **August 21, 2009** (10 days from conference), the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the new mandate, and a proposed schedule to advance the case.

Dated: July 8, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cassie Springer-Sullivan css@ssrlawgroup.com
Charles S. Birenbaum cbirenbaum@winston.com
David Elliot Gordon dgordon@omm.com,
David L. Bacon dbacon@nixonpeabody.com
Ellen M. Papadakis epapadakis@nixonpeabody.com ,
Gary S. Tell gtell@omm.com
George A. Riley griley@omm.com
Jahan C. Sagafi jsagafi@lchb.com
James M. Finberg jfinberg@altshulerberzon.com
Karl Olson ko@lrolaw.com
Lisa T. Belenky lbelenky@biologicaldiversity.org
Michael Christian Hallerud hallerud@nixonpeabody.com
Robert Spagat rspagat@winston.com
Robert Edwin Mangels Rmangels@jmbm.com
Sherwin S. Kaplan skaplan@nixonpeabody.com
Steven M. Tindall steventindall@rhdtlaw.com
Susan J. Allison SJA@jmbm.com
Teresa Renaker trenaker@lewisfeinberg.com
Timothy C Travelstead travelsteadt@jacksonlewis.com,
Vicente Matias Murrell , NA murrell.vicente@pbgc.gov
Vincent Cheng vcheng@lewisfeinberg.com,

**Dated: July 8, 2009**                                     **Richard W. Wieking, Clerk**

                                                            **By:     /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California