**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas A. Paulsen, et al., | No. C 03-03960 JW |
| Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Towers Perrin Forster & Crosby, Inc., | |
| Defendant. | |

On August 31, 2009, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In light of the discussion at the Conference, the Court orders as follows:

(1) To facilitate mediation, the parties shall promptly commence discovery regarding the number of pension recipients harmed by the alleged wrongdoing.

(2) On or before **September 4, 2009**, Defendant shall disclose to Plaintiffs any agreement, or the fact that there is no such agreement, regarding services provided by Defendant for the CFC Pension Plan. This disclosure may be made in the form of a letter of admission or denial.

(3) On or before **September 18, 2009**, Plaintiffs shall file a Supplemental Complaint setting forth any third party beneficiary claims that they allege survived the Ninth Circuit's decision.

(4) On **October 19, 2009 at 10 a.m.**, the parties shall appear for a Case Management Conference. The now-dismissed former parties to this case need not appear. On or before **October 9, 2009**, the parties (active Plaintiffs and Defendant) shall file a joint Case Management Statement. The Statement shall, among other things, provide a status update regarding the pleadings, discovery, Plaintiffs' anticipated petition for certiorari with the U.S. Supreme Court, mediation, and the number of pension recipients harmed by the alleged wrongdoing. Further, to the extent that Defendant anticipates filing motions to challenge the Supplement Complaint, the parties shall set forth a reasonable briefing schedule consistent with the Civil Local Rules of the Court.

(5) On or before **October 26, 2009**, Defendant shall file its Answer to Plaintiffs' Supplemental Complaint.

Dated: August 31, 2009

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cassie Springer-Sullivan css@ssrlawgroup.com
Catha Alison Worthman cworthman@lewisfeinberg.com
Charles S. Birenbaum cbirenbaum@winston.com
David L. Bacon dbacon@nixonpeabody.com
Ellen M. Papadakis epapadakis@nixonpeabody.com
George A. Riley griley@omm.com
Jahan C. Sagafi jsagafi@lchb.com
James M. Finberg jfinberg@altshulerberzon.com
Karl Olson kolson@ramolson.com
Lisa T. Belenky lbelenky@biologicaldiversity.org
Michael Christian Hallerud hallerud@nixonpeabody.com
Robert Spagat rspagat@winston.com
Robert Edwin Mangels Rmangels@jmbm.com
Sherwin S. Kaplan skaplan@nixonpeabody.com
Steven M. Tindall steventindall@rhdtlaw.com
Susan J. Allison SJA@jmbm.com
Teresa Renaker trenaker@lewisfeinberg.com
Vicente Matias Murrell murrell.vicente@pbgc.gov
Vincent Cheng vcheng@lewisfeinberg.com

**Dated: August 31, 2009**  **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
**Elizabeth Garcia**
**Courtroom Deputy**