IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas A. Paulsen, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>Towers Perrin Forster & Crosby, Inc.,<br><br>        Defendant. | NO. C 03-03960 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING HEARING FOR DEFENDANT'S ANTICIPATED MOTION TO DISMISS** |

This case is scheduled for a Case Management Conference on October 19, 2009. The parties submitted a Joint Case Management Statement. (Docket Item No. 196.) Upon review of the Joint Statement, the Court finds that, in light of Defendant's anticipated Motion to Dismiss, the scheduled Conference is not necessary at this time. Accordingly, the Court VACATES the October 19, 2009, Case Management Conference. The Court will set a further case management conference, if necessary, in its Order on the anticipated Motion to Dismiss.

The Court sets **January 25, 2010 at 9 a.m.** as the hearing date for Defendant's Motion. The parties may Stipulate to a briefing schedule subject to the Reply brief being filed on or before **January 4, 2009.**

With respect to the parties' dispute regarding whether Defendant is obligated to comply with Fed. R. Civ. P. 26(a), the Court finds that it does, even with its anticipated Motion to Dismiss. Accordingly, on or before **November 2, 2009**, Defendant shall make its Initial Disclosures.

Dated: October 15, 2009

                                                        JAMES WARE<br>
                                                        United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cassie Springer-Sullivan css@ssrlawgroup.com
Catha Alison Worthman cworthman@lewisfeinberg.com
Charles S. Birenbaum cbirenbaum@winston.com
David L. Bacon dbacon@nixonpeabody.com
Ellen M. Papadakis epapadakis@nixonpeabody.com
George A. Riley griley@omm.com
Jahan C. Sagafi jsagafi@lchb.com
James M. Finberg jfinberg@altshulerberzon.com
Karl Olson kolson@ramolson.com
Lisa T. Belenky lbelenky@biologicaldiversity.org
Michael Christian Hallerud hallerud@nixonpeabody.com
Robert Spagat rspagat@winston.com
Robert Edwin Mangels Rmangels@jmbm.com
Sherwin S. Kaplan skaplan@nixonpeabody.com
Steven M. Tindall steventindall@rhdtlaw.com
Susan J. Allison SJA@jmbm.com
Susan J. Allison SJA@jmbm.com
Teresa Renaker trenaker@lewisfeinberg.com
Vicente Matias Murrell murrell.vicente@pbgc.gov
Vincent Cheng vcheng@lewisfeinberg.com

Dated: October 15, 2009        Richard W. Wieking, Clerk

By:   /s/ JW Chambers
      **Elizabeth Garcia**
      **Courtroom Deputy**