Teresa S. Renaker – CA State Bar No. 187800
trenaker@lewisfeinberg.com
Jeffrey Lewis – CA State Bar No. 66587
jlewis@lewisfeinberg.com
Catha Worthman – CA State Bar No. 230399
cworthman@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839 6824
Facsimile: (510) 839 7839

Steven M. Tindall – CA State Bar No. 187862
steventindall@rhdtlaw.com
Carole Vigne -- CA State Bar No. 251829
carolevigne@rhdtlaw.com
Rukin Hyland Doria & Tindall LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
Attorneys for Plaintiffs

Susan Allison – CA State Bar No. 133448
SAllison@jmbm.com
Robert E. Mangels – CA State Bar No. 48291
RMangels@jmbm.com
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 785-5303
Facsimile: (310) 712-3303
Attorneys for Defendant
TOWERS PERRIN FORSTER & CROSBY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. PAULSEN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CNF, INC., et al.<br><br>Defendants. | CASE NO. C 03-03960 JW **(PVT)**<br><br>**JOINT STIPULATION REGARDING ADR PROCESS**<br><br>Judge: Honorable James Ware |

WHEREAS, the Court's scheduling Order of January 28, 2010 provided that the parties should contact the Court's ADR Program to discuss an appropriate ADR process for this case;

Joint Stipulation re: ADR Process
Case No. C 03-3960 JW (EAI)

- 1 -

WHEREAS, the parties conferred about an appropriate ADR process and determined that they would like to choose private mediation as their preferred ADR process;

WHEREAS, Plaintiffs' counsel communicated to the Court's ADR Program that the parties had chosen to proceed by private mediation;

WHEREAS, the ADR Conference previously scheduled for February 18, 2010 has been taken off calendar (per the Docket entry of February 8, 2010);

THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:

Private mediation is an appropriate ADR process for this case. The parties intend to conduct a private mediation prior to the hearing on class certification in this case, currently scheduled for June 7, 2010. The parties will advise the Court of the outcome of any such private mediation.

DATED: February 11, 2010  Respectfully submitted,

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
TERESA S. RENAKER
JEFFREY LEWIS
CATHA WORTHMAN

By: _____/s/Teresa S. Renaker_____
TERESA S. RENAKER
Attorneys for Plaintiffs THOMAS A. PAULSEN, ROBERT M. BOWDEN, EDWARD L. FRAZEE, CHESTER MADISON, ROBERT NEWELL, and LLOYD MICHAEL O'CONNELL III

DATED: February 11, 2010  RUKIN HYLAND DORIA & TINDALL LLP
STEVEN M. TINDALL
CAROLE VIGNE

By: _____/s/Steven M. Tindall_____
Attorneys for Plaintiffs THOMAS A. PAULSEN, ROBERT M. BOWDEN, EDWARD L. FRAZEE, CHESTER MADISON, ROBERT NEWELL, and LLOYD MICHAEL O'CONNELL III

DATED: February 11, 2010

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT R. MANGELS
SUSAN ALLISON

By: _____/s/Susan Allison_____
   SUSAN ALLISON
Attorneys for Attorneys for Defendant
TOWERS PERRIN FORSTER & CROSBY, INC.

IT IS SO ORDERED:

The deadline to complete mediation is set for the presumptive 90 day deadline.

Dated: February 17, 2010

_____James Ware_____
United States District Judge

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

By:    /s/ Catha Worthman
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839 6824
Facsimile: (510) 839 7839
Attorneys for Plaintiffs