Teresa S. Renaker – CA State Bar No. 187800
trenaker@lewisfeinberg.com
Catha Worthman – CA State Bar No. 230399
cworthman@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839 6824
Facsimile: (510) 839 7839

Steven M. Tindall – CA State Bar No. 187862
Carole Vigne -- CA State Bar No. 251829
Rukin Hyland Doria & Tindall LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
Attorneys for Plaintiffs

Susan Allison
SAllison@jmbm.com
Robert E. Mangels
RMangels@jmbm.com
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 785-5303
Facsimile: (310) 712-3303
Attorneys for Defendant
TOWERS PERRIN FORSTER & CROSBY, INC.

IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. PAULSEN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CNF, INC., et al.<br><br>Defendants. | CASE NO. C 03-03960 JW (PVT)<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CLASS CERTIFICATION BRIEFING AND HEARING<br><br>Place: Courtroom 8<br>Judge: Honorable James Ware |

WHEREAS, the Court entered a Scheduling Order in this matter on January 27, 2010, which set the close of class discovery on April 23, 2010 and the hearing on class certification on June 7, 2010;

1       WHEREAS, under that schedule, Plaintiffs' opening brief would be due May 3, 2010, Defendant's opposition brief would be due May 17, and Plaintiffs' reply would be due May 24;

      WHEREAS, the parties have agreed to attempt to resolve the matter through mediation using Hon. Edward Infante (Ret.) as the mediator;

      WHEREAS, the earliest date on Judge Infante's schedule that the parties could obtain for mediation is June 3, 2010;

      WHEREAS, the parties believe it would promote the possibility of resolving the case by mediation and would be in the interests of judicial and administrative efficiency to conduct the mediation prior to filing the class certification briefs;

      WHEREAS, the Court is unavailable for a hearing from June 20th until September 20;

      IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES, if the Court approves, as follows:

1) Plaintiffs' opening brief on class certification would be due August 16, 2010, Defendant's opposition brief would be due August 30, Plaintiffs' reply would be due September 7, and the hearing would be September 20, 2010, or as soon thereafter as the Court's schedule allows;

2) The close of class discovery would be August 6, 2010;

3) The close of all discovery would be December 8, 2010;

4) The last date for hearing dispositive motions (60 days after the close of all discovery) would be February 8, 2011;

5) The preliminary pretrial conference would be November 8, 2010 (30 days before the close of all discovery);

6) The preliminary pretrial conference statements would be due October 29, 2010 (10 days before the pretrial conference);

Joint Stipulation and [Proposed] Order re:
Class Certification Briefing
Case No. C 03-3960 JW (EAD)

- 2 -

| | | |
|---|---|---|
| 1 | DATED: March 26, 2010 | Respectfully submitted, |
| 2 | | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| 3 | | TERESA S. RENAKER |
| | | JEFFREY LEWIS |
| 4 | | CATHA WORTHMAN |
| 5 | | By: /s/Teresa S. Renaker |
| | | TERESA S. RENAKER |
| 6 | | Attorneys for Plaintiffs |
| 7 | | |
| 8 | DATED: March 26, 2010 | RUKIN HYLAND DORIA & TINDALL LLP |
| | | STEVEN M. TINDALL |
| 9 | | |
| 10 | | By: /s/Steven M. Tindall |
| | | Attorneys for Plaintiffs |
| 11 | | |
| 12 | | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| | DATED: March 26, 2010 | ROBERT R. MANGELS |
| 13 | | SUSAN ALLISON |
| 14 | | By: /s/Susan Allison |
| 15 | | SUSAN ALLISON |
| | | Attorneys for Attorneys for Defendants |
| 16 | | TOWERS PERRIN FORSTER & CROSBY, INC. |

**IT IS SO ORDERED AS MODIFIED** — *James Ware*, Judge James Ware

P[roposed] Order

Pursuant to a stipulation of the parties, the Case Schedule provided in the Scheduling Order of January 28, 2010 is VACATED, and the parties are ordered to comply with the following schedule:

| | |
|---|---|
| Close of Class Discovery | August 6, 2010 |
| Briefing on Class Certification | Opening brief: August 16, 2010, Opposition brief: August 30, 2010 Reply brief: September 7, 2010 |
| Hearing on Class Certification | **September 27, 2010 at 9:00 AM** |
| Close of All Discovery | **September 20, 2010** |
| The last date for hearing dispositive motions (60 days after | **December 20, 2010** |

Joint Stipulation and [Proposed] Order re:
Class Certification Briefing
Case No. C 03-3960 JW (EAD)

- 3 -

| | |
|---|---|
| the close of all discovery) | |
| Preliminary pretrial conference (30 days before the close of all discovery) | **August 30, 2010 at 11:00 AM** |
| Preliminary pretrial conference statements (10 days before the pretrial conference) | **August 20, 2010** |

IT IS SO ORDERED.

Dated: March 30, 2010

*[signature: James Ware]*
Hon. James Ware
United States District Judge