1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   ROBERT E. MANGELS (Bar No. 48291)
2  SUSAN ALLISON (Bar No. 133448)
   1900 Avenue of the Stars, Seventh Floor
3  Los Angeles, California  90067-4308
   Telephone:  (310) 203-8080
4  Facsimile:  (310) 203-0567
   Attorneys for Defendant
5  TOWERS, PERRIN, FORSTER & CROSBY, INC.

6  LEWIS FEINBERG, LEE, RENAKER & JACKSON, P.C.
   TERESA S. RENAKER (Bar No. 187800)
7  CATHA WORTHMAN (Bar No. 230399)
   1330 Broadway, Suite 1800
8  Oakland, CA 94612
   Telephone:  (510) 839-6824
9  Facsimile:  (510) 839-7839
   Attorneys for PLAINTIFFS
10
   RUKIN HYLAND DORIA & TINDALL LLP
11 STEVEN M. TINDALL (Bar No. 187862)
   CAROLE VIGNE (Bar No. 251829
12 100 Pine Street, Suite 725
   San Francisco, CA 94111
13 Telephone:  (415) 421-1800
   Facsimile:  (415) 421-1700
14 Attorneys for PLAINTIFFS

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17
   THOMAS A. PAULSEN, et al.           CASE NO. C 03-03960 JW  (PVT)
18
        Plaintiffs,
19                                      **JOINT STIPULATION AND
        v.                              [PROPOSED] ORDER
20                                      REGARDING EXPERT
   CNF, INC., et al.                    DISCLOSURE DEADLINES**
21
        Defendants.
22

23

24         WHEREAS, the Court entered a Scheduling Order in this Matter on

25 January 27, 2010;

26         WHEREAS, on March 30, 2010, the Court entered the Joint Stipulation

27 and Order Regarding Class Certification Briefing and Hearing (the "Stipulation and

28 Order"), which modified the earlier Scheduling Order in several respects;

PRINTED ON
RECYCLED PAPER
6963974v1

WHEREAS, under the Stipulation and Order, the Court has set August 6, 2010 as the Close of Class Discovery and September 20, 2010 as the Close of Fact Discovery;

WHEREAS, under the Stipulation and Order, the Court has set August 30, 2010 as the date for the Preliminary Pretrial Conference and September 27, 2010 as the date for the hearing on Class Certification;

WHEREAS, the Stipulation and Order did not specify dates for the parties' expert disclosures, and the parties desire to have those dates made certain, given the importance of expert testimony to the case;

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, subject to the Court's approval that:

(1)   Any party wishing to present expert witness testimony with respect to a claim or defense shall lodge with the Court and serve on all parties the name, address, qualifications, resume and a written report which complies with Fed. R. Civ. P. 26(a)(2)(B) on or before September 1, 2010.  Expert witness disclosure must be made with respect to a person who is either (a) specially retained or specially employed to provide expert testimony pursuant to Fed. R. Evid. 702 or (b) a regular employee or agent who may be called to provide expert opinion testimony;

(2)   If the testimony of an expert is intended solely to contradict or rebut opinion testimony on the same subject matter identified by another party, the party offering a rebuttal report shall make the disclosures required by Fed. R. Civ. P. 26(a)(2)(B) on or before September 30, 2010.

(3)   The parties shall complete any and all depositions of designated experts no later than October 29, 2010; and

PRINTED ON RECYCLED PAPER
6963974v1

1  (4) Any party objecting to the qualifications or proposed testimony of
2  an expert must file, serve and notice a motion to exclude the expert or any portion of
3  the expert's testimony, in writing in accordance with Civil Local Rule 7-2, for
4  hearing on a Monday at 9 a.m., no later than November 13, 2010.

Respectfully submitted:

DATED: April 22, 2010

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT E. MANGELS
SUSAN ALLISON

By: /s/Susan Allison
SUSAN ALLISON
Attorneys for Defendants TOWERS, PERRIN, FORSTER & CROSBY, INC.

DATED: April 22, 2010

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
TERESA S. RENAKER
JEFFREY LEWIS
CATHA WORTHMAN

By: /s/Teresa S. Renaker
SUSAN ALLISON
Attorneys for Plaintiffs

DATED: April 22, 2010

RUKIN HYLAND DORIA & TINDALL LLP
STEVEN M. TINDALL

By: /s/Steven M. Tindall
SUSAN ALLISON
Attorneys for Plaintiffs

PRINTED ON
RECYCLED PAPER
6963974v1

- 3 -

# **ORDER**

Pursuant to a stipulation of the parties, the parties are ordered to comply with the following expert disclosure and expert discovery schedule:

| | |
|---|---|
| Last date to lodge with the Court and serve on all parties the name, address, qualifications, resume and a written report of expert witness(es) pursuant to Fed. R. Civ. P. 26(a)(2)(B). | September 1, 2010 |
| Last date to lodge with the Court and serve on all parties any rebuttal expert witness report(s) required by Fed. R. Civ. P. 26(a)(2)(B). | September 30, 2010 |
| Last date to complete any and all depositions of designated experts. | October 29, 2010 |
| Last date for hearing motion(s) to exclude the expert or any portion of the expert's testimony. | November 13, 2010 |

It is so ordered:

Dated: April 28, 2010

*/s/ James Ware*
The Honorable James Ware
United States District Court