UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS A. PAULSEN, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>CNF, INC., et al.,<br><br>          Defendants. | Case No.: C 03-3960 JW (PVT)<br><br>**ORDER RE PARTIES' PROPOSED FORM OF PROTECTIVE ORDER**<br><br>**(Re: Docket No. 218)** |

       On May 19, 2010, the parties filed a proposed form of Stipulation and Protective Order Regarding Confidential Information. Based on the proposed form of order submitted, presented,

       IT IS HEREBY ORDERED that, no later than June 8, 2010, the parties shall submit a revised form of order that conforms to one of the model forms of protective order available in the forms section of the court's website (www.cand.uscourts.gov). As presently drafted, several provisions are not acceptable to the court. If the parties wish to deviate from the court's proposed form of order, they shall specify in an accompanying brief what different language they propose, and why the different language is necessary or beneficial in the context of the present action.

Dated: *5/20/10*

                                               PATRICIA V. TRUMBULL
                                               United States Magistrate Judge