Teresa S. Renaker – CA State Bar No. 187800
trenaker@lewisfeinberg.com
Catha Worthman – CA State Bar No. 230399
cworthman@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839 6824
Facsimile: (510) 839 7839

Steven M. Tindall – CA State Bar No. 187862
steventindall@rhdt.com
Carole Vigne -- CA State Bar No. 251829
carolevigne@rhdt.com
Rukin Hyland Doria & Tindall LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
Attorneys for Plaintiffs

Robert E. Mangels
RMangels@jmbm.com
Susan Allison
SAllison@jmbm.com
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 785-5303
Facsimile: (310) 712-3303
Attorneys for Defendant
TOWERS PERRIN FORSTER & CROSBY, INC.

IT IS SO ORDERED AS MODIFIED

*Judge James Ware*

7/13/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. PAULSEN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CNF, INC., et al.<br><br>Defendants. | CASE NO. C 03-03960 JW ( PVT )<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULING<br><br>Place:   Courtroom 8<br>Judge:   Honorable James Ware |

WHEREAS, the Court entered a Scheduling Order in this matter on March 30, 2010, which set various deadlines, including the close of class discovery on August 6, 2010, and the close of all discovery on September 20, 2010;

1  WHEREAS, the Court entered another Scheduling Order in this matter on April 28, 2010, which set deadlines for expert disclosure including the following:

- September 1, 2010, as the deadline for lodging and serving expert reports;
- September 30, 2010, as the deadline for lodging and serving any rebuttal expert reports;
- October 29, 2010, as the deadline to complete any and all depositions of designated experts; and
- November 13, 2010, as the latest date for hearing motion(s) to exclude the expert or any portion of the expert's testimony;

WHEREAS, Plaintiffs served revised requests for production of documents on March 23, 2010, which provided that production be made within 30 days of the request;

WHEREAS, Defendant has substantially completed their document production in response to Plaintiffs' discovery requests, but have not yet completed all data production;

WHEREAS, the parties agree that their respective experts should have sufficient time to complete their analysis of the relevant documents and data prior to the completion of their expert reports, and sufficient time to complete their analysis of each others' expert reports;

WHEREAS, the parties therefore desire to adjust expert discovery deadlines;

IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES, if the Court approves, as follows:

1) The following dates will remain as previously ordered by the Court:

- Briefing on class certification:
  – Opening brief:  August 16, 2010;
  – Opposition brief:  August 30, 2010;
  – Reply brief: September 7, 2010
- Preliminary pretrial status reports due:  August 20, 2010;
- Preliminary pretrial status conference:  August 30, 2010 at 11:00 a.m.;
- Hearing on class certification:  September 27, 2010 at 9:00 a.m.;

1       • Close of all fact discovery: September 20, 2010.

2   2) The following deadlines would be changed:

3       • Exchange of initial expert reports: October 15, 2010;

4       • Exchange of rebuttal expert reports: November 15, 2010;

5       • Close of expert discovery: December 17, 2010;

6       • Deadline for filing dispositive motions and motions to exclude experts: February 7, 2010;

7       • Hearing on dispositive motions and expert motions: March 14, 2011.

**No further extensions will be permitted.**

DATED: July ___, 2010     Respectfully submitted,

    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
    TERESA S. RENAKER
    JEFFREY LEWIS
    CATHA WORTHMAN

By: _____/s/Teresa S. Renaker_____
    TERESA S. RENAKER
Attorneys for Plaintiffs

DATED: July ___, 2010     RUKIN HYLAND DORIA & TINDALL LLP
    STEVEN M. TINDALL

By: _____/s/Steven M. Tindall_____
Attorneys for Plaintiffs

DATED: July ___, 2010     JEFFER, MANGELS, BUTLER & MARMARO LLP
    ROBERT R. MANGELS
    SUSAN ALLISON

By: _____/s/Susan Allison_____
    SUSAN ALLISON
Attorneys for Defendants
TOWERS PERRIN FORSTER & CROSBY, INC.

1     I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2 "conformed" signature (/S/) within this efiled document.

By:    /s/ Catha Worthman
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839 6824
Facsimile: (510) 839 7839
Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to a stipulation of the parties, previous case schedules are VACATED and the parties are ordered to comply with the following schedule:

| | |
|---|---|
| Close of Class Discovery | August 6, 2010 |
| Briefing on Class Certification | Opening Brief:  August 16, 2010<br>Opposition Brief: August 30, 2010<br>Reply Brief: September 7, 2010 |
| Hearing on Class Certification | September 27, 2010 at 9:00 a.m. |
| Close of All (Fact) Discovery | September 20, 2010 |
| Preliminary pretrial conference | August 30, 2010 at 11:00 a.m. |
| Preliminary pretrial conference statements | August 20, 2010 |
| Exchange of initial expert reports | October 15, 2010 |
| Exchange of rebuttal expert reports | November 15, 2010 |
| Close of expert discovery | December 17, 2010 |
| Last day to file dispositive motions and motions to exclude experts | February 7, 2011 |
| Hearing on dispositive motions and expert motions | March 14, 2011 |

IT IS SO ORDERED.

Dated: ___July 13, 2010___          _____

Hon. James Ware
United States District Judge