Teresa S. Renaker – CA State Bar No. 187800
trenaker@lewisfeinberg.com
Jeffrey Lewis – CA State Bar No. 66587
jlewis@lewisfeinberg.com
Catha Worthman – CA State Bar No. 230399
cworthman@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Steven M. Tindall – CA State Bar No. 187862
steventindall@rhdtlaw.com
Carole Vigne – CA State Bar No. 251829
carolevigne@lewisfeinberg.com
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415)421-1800
Facsimile: (415) 421-1700

Robert E. Mangels
RMangels@jmbm.com
Susan Allison
SAllison@jmbm.com
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 785-5303
Facsimile: (310) 712-3303
Attorneys for Defendant
Towers, Perrin, Forster & Crosby, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS A. PAULSEN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CNF, INC., et al.<br><br>Defendants. | CASE NO. C 03-03960 JW (PVT)<br><br>**STIPULATION AND ORDER RE: DEPOSITION SCHEDULE** |

Pursuant to Northern District of California Local Rules 6-2, 7-12 and 30-1, the Parties stipulate as set forth below.

WHEREAS, the Court entered its latest Scheduling Order in this matter on July 13, 2010 (Dkt. #222);

WHEREAS, under that Scheduling Order, the close of fact discovery is currently scheduled for September 20, 2010 (*See* Dkt. #222, at 3);

WHEREAS, the Parties have scheduled two depositions in August, and ten depositions in September, including multiple depositions of third parties to the case as well as current and former employees of Towers, Perrin, Forster & Crosby, Inc. ("Towers Perrin")[1];

WHEREAS, despite repeated attempts to do so, the Parties were not able to schedule the September depositions earlier due to scheduling conflicts;

WHEREAS, there are still up to seven additional depositions Plaintiffs intend to schedule, including depositions of certain additional current and former employees of Towers Perrin;

WHEREAS, counsel for Towers Perrin represents at least one of the further witnesses whose deposition has yet to be scheduled (current Towers Perrin employee, Steven Gamble), and has indicated that it may represent two additional witnesses (former Towers Perrin employees, Erika Liska and Paul Kim), but does not now represent the other former Towers employees whose depositions Plaintiffs wish to schedule;

and WHEREAS, scheduling depositions soon after September 20, 2010 will not affect the remainder of the case schedule, so long as those depositions are scheduled as soon as possible after that date;

---

[1] Towers Perrin is now Towers Watson, pursuant to a recent corporate merger.

IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES, if the Court approves, as follows:

(1) The deposition of Steven Gamble, a current Towers Perrin employee, will be scheduled for September 22, 2010 in Seattle; provided, however, that Plaintiffs reserve the right to notice the deposition for an earlier date if the Court does not so approve;

(2) Depositions of Erika Liska and Paul Kim, former Towers Perrin employees, may be scheduled for the week of September 20, 2010, subject to their availability, provided that they wish to be represented by counsel for Towers Perrin; and further provided that Plaintiffs reserve the right to subpoena them for earlier dates if, by August 30, 2010, there is no confirmation of their representation by counsel for Towers Perrin or of their availability;

(3) If Erika Liska and Paul Kim are unavailable until after the week of September 20, 2010, and if they are represented by counsel for Towers Perrin, then their depositions will be conducted on the first date that they are available following September 20, 2010, but in any event before October 1, 2010; and

(4) No agreement is reached regarding the remaining four depositions Plaintiffs intend to take, as counsel for Towers Perrin does not represent the remaining potential witnesses at this time. It is understood that Plaintiffs will subpoena their depositions for a date prior to September 20, 2010.

The Parties respectfully request that the Court approve this stipulation as soon as possible before the current close of fact discovery now set for September 20, 2010.

DATED: August 27, 2010        Respectfully submitted,

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: _____/s/Teresa S. Renaker_____
                TERESA S. RENAKER

Attorneys for Plaintiffs THOMAS A. PAULSEN, ROBERT M. BOWDEN, EDWARD L. FRAZEE, CHESTER MADISON, ROBERT NEWELL, and LLOYD MICHAEL O'CONNELL III

DATED: August 27, 2010        RUKIN HYLAND DORIA & TINDALL LLP
STEVEN M. TINDALL


By: _____/s/Steven M. Tindall_____

Attorneys for Plaintiffs THOMAS A. PAULSEN, ROBERT M. BOWDEN, EDWARD L. FRAZEE, CHESTER MADISON, ROBERT NEWELL, and LLOYD MICHAEL O'CONNELL III

DATED: August 27, 2010        JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT R. MANGELS
SUSAN ALLISON


By: _____/s/Robert Mangels_____
                ROBERT MANGELS

Attorneys for Attorneys for Defendants
TOWERS PERRIN FORSTER & CROSBY, INC.


**ORDER**

Pursuant to Stipulation of the Parties, IT IS SO ORDERED.

Dated:        __8/30/10_____        *Patricia V. Trumbull* (signature)

                               Magistrate   Judge
                               United States District Court
                               Northern District of California