IN THE UNITED STATES COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS A. PAULSEN, *et al.*, individually and on behalf of a class of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CNF, INC., *et al.*,<br><br>    Defendants. | CASE NO. C 03-3960 (JW) (PVT)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CLARIFY ORDER OF OCTOBER 7, 2010<br><br>Judge: Honorable James Ware |

Having considered the parties' written submission (including the parties' joint stipulation) regarding Plaintiffs' Motion for Administrative Relief to Clarify Order of October 7, 2010, the Court finds that the Order of October 7, 2010 is clarified to include the appointment of Rukin Hyland Doria & Tindall LLP as Class Counsel (in addition to Lewis, Feinberg, Lee, Renaker & Jackson, PC), pursuant to Federal Rule of Civil Procedure 23(g).

In the light of the foregoing and good cause appearing,

IT IS ORDERED as follows:

The Order of October 7, 2010 will be clarified to indicate that Plaintiffs' request that Rukin Hyland Doria & Tindall LLP be appointed Class Counsel is granted. Plaintiffs' Motion for Administrative Relief to Clarify Order of Ocotber 7, 2010 (Docket Item No. 262) is found as MOOT.

Dated: October 22, 2010

*James Ware*
Hon. James Ware
United States District Court
Northern District of California

-1-