IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas A. Paulsen, et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br>Towers, Perrin, Forster & Crosby, Inc.,<br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | NO. C 03-03960 JW<br><br>**ORDER ADOPTING JOINT PROPOSAL FOR DISSEMINATION OF CLASS NOTICE AS MODIFIED** |

Presently before the Court is the parties' Joint Proposal for Dissemination of Class Notice. (hereafter, "Joint Proposal," Docket Item No. 265.) On October 7, 2010, the Court issued an Order certifying the class and directing the parties to file a proposed form of class notice and joint proposal for dissemination of class notice.[1] The parties seek the Court's approval on the Joint Proposal and ask the Court to determine whether the Notice should provide Class Members with contact information for both Class Counsel and Counsel for Defendant Towers Perrin. Upon review, the Court finds good cause to adopt the parties' Joint Proposal for Dissemination of Class Notice with the following modifications:

(1) The 30 day period for requests for exclusion from the class shall be extended to 45 days from the date the Notice is mailed;

(2) The parties shall include a provision for remailing Notices that are returned to sender as improperly addressed; and

---

[1] (Order Granting Plaintiffs' Motion for Class Certification, hereafter, "October 7 Order," Docket Item No. 255.)

(3) Pursuant to the parties' request, the Court finds that Paragraph 19 of the Notice shall contain the phone, fax and email information for both Class and Defendant Towers Perrin's Counsel in identical format.

On or before **November 12, 2010**, the parties shall file an Amended Joint Proposal for Dissemination of Class Notice consistent with this Order for the Court's approval.

Dated: November 4, 2010

*James Ware*
JAMES WARE
United States District Judge

2

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew Lah alah@lewisfeinberg.com
Carole Vigne carolevigne@rhdtlaw.com
Cassie Springer-Sullivan css@ssrlawgroup.com
Catha Alison Worthman cworthman@lewisfeinberg.com
Charles S. Birenbaum cbirenbaum@winston.com
David L. Bacon dbacon@nixonpeabody.com
Ellen M. Papadakis epapadakis@nixonpeabody.com
George A. Riley griley@omm.com
Jahan C. Sagafi jsagafi@lchb.com
James M. Finberg jfinberg@altshulerberzon.com
Karl Olson kolson@ramolson.com
Lisa T. Belenky lbelenky@biologicaldiversity.org
Marian C Miller rian.miller@towerswatson.com
Michael Christian Hallerud hallerud@nixonpeabody.com
Robert Spagat rspagat@winston.com
Robert Edwin Mangels Rmangels@jmbm.com
Sherwin S. Kaplan skaplan@nixonpeabody.com
Steven M. Tindall steventindall@rhdtlaw.com
Susan J. Allison SJA@jmbm.com
Teresa Renaker trenaker@lewisfeinberg.com
Vicente Matias Murrell murrell.vicente@pbgc.gov
Vincent Cheng vcheng@lewisfeinberg.com

**Dated:  November 4, 2010**                     **Richard W. Wieking, Clerk**


                                                **By:     /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**