LEWIS FEINBERG, LEE, RENAKER & JACKSON, P.C.
TERESA S. RENAKER (Bar No. 187800)
JEFFREY LEWIS (Bar No. 66587)
CATHA WORTHMAN (Bar No. 230399)
ANDREW LAH (Bar No. 234580)
476 – 9th Street 94706
Telephone:     (510) 839-6824
Facsimile:      (510) 839-7839

RUKIN HYLAND DORIA & TINDALL LLP
STEVEN M. TINDALL (Bar No. 187862)
CAROLE VIGNE (Bar No. 251829)
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone:     (415) 421-1800
Facsimile:      (415) 421-1700

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. PAULSEN, *et al.*, <br><br> Plaintiffs, <br> vs. <br><br> CNF, INC., *et al.*, <br><br> Defendants. | CASE NO. C 03-03960 JW (PVT) <br><br> AMENDED JOINT PROPOSAL FOR DISSEMINATION OF CLASS NOTICE; [PROPOSED] ORDER THEREON |

On October 7, 2010, this Court granted Plaintiffs' motion for class certification. The Court directed that on or before October 29, 2010, the parties file a proposed form of class notice and joint proposal for dissemination of the notice for approval by the Court; the parties did so. On November 4, 2010, the Court entered an order adopting the parties' Joint Proposal for Dissemination of Class Notice with several modifications. Accordingly, the parties jointly propose the following amended process for dissemination of the class notice:

1. Class Counsel has undertaken to obtain a list of the names and addresses of the class members from the Pension Benefit Guaranty Corporation ("PBGC"), taken from the PBGC's records. The names and addresses of the class members as produced by PBGC shall be designated as "Confidential" under the Protective Order previously entered in this case. Class Counsel will provide the names and addresses of the class members to the third-party notice

provider referenced in paragraph 2 and, subject to the PBGC's approval, shall provide the names (but no addresses) of the class members to Defendant's counsel at the same time.

2. Class Counsel shall retain a third-party notice provider to send a copy of the Court-approved notice to each class member via first-class U.S. mail at an address to be provided by Class Counsel. The notice provider shall use reasonable means to check for correct addresses if any of the notices are returned as undeliverable.

3. The notice shall be mailed within 21 days of the date (1) Class Counsel receives the information from the PBGC or (2) after Court approval of the notice, whichever is later.  Prior to mailing the notice, the notice provider will run a check of the Class Members' addresses against those on file with the U.S. Postal Service's National Change of Address List. After the initial mailing, notices returned to the notice provider as non-delivered shall be re-sent to the forwarding address, if any, on the returned envelope.  If no return address is provided, or if the notice returns a second time after being resent, the notice provider will use reasonable efforts (including searching publicly available address databases) to find an updated address for the Class Member and will send the Notice to the updated address.

4. The notice provider shall establish a web site, www.CFCPlanClassAction.com, to make available to class members the following information:  (1) the Order granting class certification; (2) Plaintiffs' Fourth Amended and Supplemental Complaints; (3) Defendant's Answer; and (4) the class notice.  The web site shall require the use of a password to allow access by class members, which password will be included in the class notice. The use of a password will be reconsidered if there is significant difficulty in locating class members.

5. The notice provider shall also establish a toll-free telephone number for class members to call to request copies of the class notice or if they have any other questions. The notice provider shall provide staff to answer the telephone, respond to ministerial matters such as requests for copies of the class notice, and direct any substantive questions to Class Counsel.

5. Any requests for exclusion from class members shall be postmarked no later than 45 days from the date the notice is mailed.

|   |   |
|---|---|
| 1 | 6. Paragraph 19 of the notice should list Towers Perrin's counsel's phone, fax |
| 2 | and email information in Paragraph 19 in the same format as Plaintiffs' counsel's information. |
| 3 | The proposed class notice is attached hereto. |

Dated: November 11, 2010     Respectfully submitted,

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By            /s/
       Teresa S. Renaker
Attorneys for Plaintiffs and the Class

JEFFER, MANGELS, BUTLER & MITCHELL, LLP

By:           /s/
       Susan Allison
Attorneys for Defendant Towers, Perrin, Forster & Crosby, Inc.

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained concurrence in the filing of this document from each signatory whose signature is indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: November 11, 2010     Respectfully submitted,

RUKIN HYLAND DORIA & TINDALL, LLP

By:           /s/
       Carole Vigne
Attorneys for Plaintiffs and the Class

**[PROPOSED] ORDER**

The form of class notice attached to the foregoing joint proposal is hereby APPROVED. Class Counsel shall disseminate the class notice as set forth in the foregoing joint proposal.

IT IS SO ORDERED.

Dated: November 12, 2010

                JAMES WARE
                United States District Judge