UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS A. PAULSEN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CNF, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 03-3960 JW (PVT) <br><br> **INTERIM ORDER re Plaintiffs' Motion to Compel or in the Alternative for Sanctions** <br><br> **(Re: Docket No. 254)** |

On November 16, 2010, the parties appeared for hearing on Plaintiffs' Motion to Compel or in the Alternative for Sanctions. At the hearing, Plaintiffs cited certain authorities they had not cited in their briefs. Defendant Towers Perrin Forster & Crosby Inc. ("Towers Perrin") requested leave to brief those authorities. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this interim order. Based on the briefs and arguments submitted,

IT IS HEREBY ORDERED that, no later than November 19, 2010, Plaintiffs and Defendant Towers Perrin shall both file simultaneous supplemental briefs addressing 29 U.S.C. § 1027 and Actuarial Standard of Practice. No. 41 in connection with the present motion.

Dated: *11/16/10*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

Order, *page 1*