Teresa S. Renaker – CA State Bar No. 187800
trenaker@lewisfeinberg.com
Catha Worthman – CA State Bar No. 230399
cworthman@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA  94609
Telephone: (510) 839 6824
Facsimile: (510) 839 7839

Steven M. Tindall – CA State Bar No. 187862
steventiindall@rhdtlaw.com
Carole Vigne -- CA State Bar No. 251829
carolevigne@rhdtlaw.com
Rukin Hyland Doria & Tindall LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
Attorneys for Plaintiffs

Robert E. Mangels – CA State Bar No. 48291
RMangels@jmbm.com
Susan Allison – CA State Bar No. 133448
SAllison@jmbm.com
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 785-5303
Facsimile: (310) 712-3303
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. PAULSEN, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>CNF, INC., et al.,<br><br>            Defendants. | CASE NO. C 03-03960 JW (PSG)<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISPOSITIVE AND EXPERT MOTIONS HEARING<br><br>Place:     Courtroom 8<br>Judge:    Honorable James Ware |

WHEREAS, the Court entered a scheduling order in this matter on July 13, 2010, which set the hearing for dispositive and expert motions on March 14, 2011;

1   WHEREAS, under that schedule, opening briefs are due February 7, 2011, opposition briefs
2   would be due February 18, 2011, and reply briefs would be due February 28, 2011;
3   WHEREAS, the parties have agreed to attempt to resolve the matter through a second day of
4   mediation using Hon. Edward Infante (Ret.) as the mediator;
5   WHEREAS, one of the few dates available on Judge Infante's schedule that the parties
6   could obtain for a mediation is March 14, 2011; and
7   WHEREAS, the parties believe it is in the interests of judicial and administrative efficiency
8   and would promote the possibility of resolving the case to conduct the mediation prior to the
9   hearing on dispositive and expert motions;
10  IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES, if the Court approves,
11  as follows:
12  The hearing for the dispositve and expert motions shall be on March 21, 2011, or as soon
13  thereafter as the Court's schedule allows.  Accordingly, opening briefs shall be due February 7,
14  2011, opposition briefs shall be due February 18, 2011, and reply briefs shall be due March 7, 2011.

DATED: January 24, 2011           Respectfully submitted,

                                  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
                                  TERESA S. RENAKER
                                  CATHA WORTHMAN

                                  By:____/s/ Teresa S. Renaker_____
                                          TERESA S. RENAKER

DATED: January 24, 2011           RUKIN HYLAND DORIA & TINDALL LLP
                                  STEVEN M. TINDALL
                                  CAROLE VIGNE


                                  By:__/s/ Steven M. Tindall_____
                                          STEVEN M. TINDALL

                                         Attorneys for Plaintiffs

Joint Stipulation and [Proposed] Order re:                Case No. C 03-3960 JW (PSG)
Dispositve & Expert Motions Hearing
                                           - 2 -

DATED:  January 24, 2011                JEFFER, MANGELS, BUTLER & MARMARO LLP
                                        ROBERT R. MANGELS
                                        SUSAN ALLISON


                                        By:   /s/ Susan Allison
                                              SUSAN ALLISON

                                        Attorneys for Defendant
                                        TOWERS PERRIN FORSTER & CROSBY, INC.


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

                                        By:   /s/ Carole Vigne
                                              CAROLE VIGNE
                                              RUKIN HYLAND DORIA & TINDALL LLP
                                              Attorney for Plaintiffs


## ~~PROPOSED~~ ORDER

Pursuant to the stipulation of the parties, the hearing for the dispositive and expert motions is scheduled for : __April 4, 2011 at 9:00 AM__. Opening briefs shall be due February 7, 2011; opposition briefs shall be due February 18, 2011, and reply briefs shall be due March 7, 2011.

IT IS SO ORDERED.


DATED:  January 28, 2011                _____
                                        HON. JAMES WARE
                                        United States Chief District Judge