1  Teresa S. Renaker – CA State Bar No. 187800
   trenaker@lewisfeinberg.com
2  Catha Worthman – CA State Bar No. 230399
   cworthman@lewisfeinberg.com
3  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   476 9th Street
4  Oakland, CA  94607
   Telephone: (510) 839 6824
5  Facsimile: (510) 839 7839

6  Steven M. Tindall – CA State Bar No. 187862
   Carole Vigne -- CA State Bar No. 251829
7  Rukin Hyland Doria & Tindall LLP
   100 Pine Street, Suite 2150
8  San Francisco, CA 94111
   Telephone: (415) 421-1800
9  Facsimile: (415) 421-1700
   Attorneys for Plaintiffs

11 Robert E. Mangels
   RMangels@jmbm.com
   Susan Allison
12 SAllison@jmbm.com
   Jeffer, Mangels, Butler & Mitchell LLP
13 1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067
14 Telephone: (310) 203-8080
   Facsimile: (310) 712-3303
15 Attorneys for Defendant
   TOWERS PERRIN FORSTER & CROSBY, INC.

[SEAL: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED /s/ James Ware, Judge James Ware — 2/28/2011]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS A. PAULSEN, et al. | CASE NO. C 03-03960 JW (PSG) |
|---|---|
| Plaintiffs, | |
| v. | JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEF CONTINUANCE OF TRIAL COMMENCEMENT DATE |
| CNF, INC., et al. | |
| Defendants. | |
| | Place:   Courtroom 8 |
| | Judge:   Honorable James Ware |

26  WHEREAS, the Court entered a Scheduling Order in this matter on September
27 27, 2010, which set: (1) a Final Pretrial Conference for May 16, 2011 at 11:00 a.m.;
28 (2) jury selection for May 31, 2011 from 9:00 a.m. to 12:00 p.m.; (3) jury trial

7610880v2

Joint Stipulation and [Proposed] Order re:                                    Case No. C 03-3960 JW (PSG)
Extension of Dates for Commencement of Jury Selection and Trial  - 1 -

1  commencing on June 1, 2011 at 1:00-4:00 p.m. and continuing through June 24,
2  2011; and (4) jury deliberations commencing on June 28, 2011 through July 1, 2011;
3      WHEREAS, trial counsel for Defendant has requested a brief one-week
4  continuance of the May 31, 2011 date for jury selection and the June 1, 2011 trial
5  commencement date in order to be able to attend his daughter's college graduation on
6  the East Coast;
7      WHEREAS, Plaintiffs have no objection to granting the brief extension
8  requested;
9      IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES, if the
10 Court approves, as follows:
11     1.    Jury selection, previously set for May 31, 2011, is now set for
12 June 6, 2011, from 9:00 a.m. -12:00 p.m.;
13     2.    The jury trial, previously set to commence on June 1, 2011, is now
14 set to commence on June 7, 2011 from 1:00 p.m.-4:00 p.m.; and
15     3.    The Final Pretrial Conference remains set at the time and place
16 previously ordered by the Court.

18 DATED: February 23, 2011

Respectfully submitted,

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
TERESA S. RENAKER
JEFFREY LEWIS
CATHA WORTHMAN

By:    /s/Catha Worthman
    CATHA WORTHMAN
Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: February 23, 2011 | RUKIN HYLAND DORIA & TINDALL LLP<br>STEVEN M. TINDALL |

By: _____/s/Steven M. Tindall_____
Attorneys for Plaintiffs

DATED: February 23, 2011

JEFFER, MANGELS, BUTLER & MITCHELL LLP
ROBERT E. MANGELS
SUSAN ALLISON

By: _____/s/Susan Allison_____
SUSAN ALLISON
Attorneys for Defendant
TOWERS PERRIN FORSTER & CROSBY, INC.

1  I hereby attest that I have on file all holograph signatures for any signatures
2  indicated by a "conformed" signature (/S/) within this efiled document.

3       By:    /s/ Susan Allison
4              JEFFER, MANGELS, BUTLER &
               MITCHELL, LLP
5              1900 Avenue of the Stars, Suite 700
               Los Angeles, CA 90067
6              Telephone: (310) 785-5303
7              Facsimile: (310) 203-0567
               Attorneys for Defendant

7610880v2

Joint Stipulation and [Proposed] Order re:                Case No. C 03-3960 JW (PSG)
Extension of Dates for Commencement of Jury Selection and Trial - 4 -

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the prior Scheduling Order dates for jury selection and the commencement of jury trial are VACATED and the parties are ordered to comply with the following schedule:

**1. Final Pretrial Conference** set for May 16, 2011 at 11:00 AM

**2. Jury Selection** set for June 7, 2011 at 9:00 AM - 12:00 PM

**3. Jury Trial** set for
June 7, 2011 at 1:00 PM - 4:00 PM
June 8, 2011 through June 10, 2011 at 1:00 PM - 4:00 PM
June 14, 2011 through June 17, 2011 at 1:00 PM - 4:00 PM
June 21, 2011 through June 24, 2011 at 1:00 PM - 4:00 PM
June 28, 2011 through July 1, 2011 at 1:00 PM - 4:00 PM

**4. Jury Deliberations** set for July 5, 2011 through July 8, 2011

Dated: February 28, 2011

_____
United States District Chief Judge