1  Teresa S. Renaker – CA State Bar No. 187800
   trenaker@lewisfeinberg.com
2  Catha Worthman – CA State Bar No. 230399
   cworthman@lewisfeinberg.com
3  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   476 9th Street
4  Oakland, CA  94609
   Telephone: (510) 839 6824
5  Facsimile: (510) 839 7839

6  Steven M. Tindall – CA State Bar No. 187862
   steventiindall@rhdtlaw.com
7  Carole Vigne -- CA State Bar No. 251829
   carolevigne@rhdtlaw.com
8  Rukin Hyland Doria & Tindall LLP
   100 Pine Street, Suite 2150
9  San Francisco, CA 94111
   Telephone: (415) 421-1800
10 Facsimile: (415) 421-1700
   Attorneys for Plaintiffs

11

12 Robert E. Mangels – CA State Bar No. 48291
   RMangels@jmbm.com
   Susan Allison – CA State Bar No. 133448
13 SAllison@jmbm.com
   Jeffer, Mangels, Butler & Marmaro LLP
14 1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067
15 Telephone: (310) 785-5303
   Facsimile: (310) 712-3303
16 Attorneys for Defendant

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
3/21/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. PAULSEN, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>CNF, INC., et al.,<br><br>   Defendants. | CASE NO. C 03-03960 JW (PSG)<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL AND DISPOSITIVE AND EXPERT MOTIONS HEARING**<br><br>Place:   Courtroom 8<br>Judge:   Honorable James Ware |

1. WHEREAS, pursuant to a stipulation of the parties, the Court entered an Order on February 28, 2011, setting the jury trial in this matter for June 7, 2011 (Docket No. 313);

2. WHEREAS, pursuant to a stipulation of the parties, the Court entered a scheduling order in this matter on January 28, 2011 (Docket No. 279), which re-set the hearing for dispositive and expert motions for April 4, 2011 to allow the parties to attempt to resolve the case through a second day of mediation with Hon. Edward Infante (Ret.) as the mediator;

3. WHEREAS, Plaintiffs filed a motion to compel or for sanctions against Defendant (Docket Nos. 254, 259, and 276), which has been briefed and heard by the Magistrate Judge but has not yet been decided;

4. WHEREAS, the parties mediated the case with Judge Infante on March 14, 2011;

5. WHEREAS, on March 14, 2011, the parties agreed to terms under which, subject to Court approval, the case would be resolved in its entirety;

6. WHEREAS, the parties will focus in the coming weeks on documenting the terms of the settlement in a formal settlement agreement and preparing a motion for preliminary approval of the class action settlement, along with supporting documents;

7. WHEREAS, the parties believe it is in the interests of judicial and administrative efficiency and it will foster the settlement of the case to continue all hearings in the case as well as the trial in the case until the Court determines whether to grant preliminary and final approval to the class action settlement reached by the parties;

IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES, if the Court approves, as follows:

1. The April 4, 2011 hearing for the dispositive and expert motions shall be taken off calendar pending a determination by the Court whether to approve the class action settlement in this action.

2. The trial in this matter shall be taken off calendar pending a determination by the Court whether to approve the class action settlement in this action.

Notice of Settlement and Joint Stip. and [Proposed]
Order re: Hearings and Trial
- 2 -
Case No. 03-3960 JW

3.   Neither the Magistrate Judge nor the District Court Judge will issue a ruling on Plaintiffs' pending motion to compel (Docket Nos. 254, 259, and 276) pending a determination by the Court whether to approve the class action settlement in this action.

4.   If the Court ultimately decides not to approve the class action settlement in this action, the Court shall set a Case Management Conference at which the parties and the Court will discuss a schedule for hearing the pending motions and conducting the trial in this matter.

DATED: March 16, 2011                Respectfully submitted,

                                  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
                                  TERESA S. RENAKER
                                  CATHA WORTHMAN

                                  By:   /s/ Teresa S. Renaker
                                           TERESA S. RENAKER

DATED: March 16, 2011                RUKIN HYLAND DORIA & TINDALL LLP
                                  STEVEN M. TINDALL
                                  CAROLE VIGNE


                                  By:   /s/ Steven M. Tindall
                                           STEVEN M. TINDALL

                                  Attorneys for Plaintiffs

DATED: March 16, 2011                JEFFER, MANGELS, BUTLER & MARMARO LLP
                                  ROBERT R. MANGELS
                                  SUSAN ALLISON


                                  By:   /s/ Susan Allison
                                           SUSAN ALLISON

                                  Attorneys for Defendant
                                  TOWERS PERRIN FORSTER & CROSBY, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

                                  By:   /s/ Carole Vigne
                                           CAROLE VIGNE
                                           RUKIN HYLAND DORIA & TINDALL LLP
                                           Attorney for Plaintiffs

Notice of Settlement and Joint Stip. and [Proposed]
Order re: Hearings and Trial
Case No. 03-3960 JW
- 3 -

## PROPOSED ORDER

Pursuant to the stipulation of the parties and the notice of settlement of this action:

1. The hearing for the dispositive and expert motions shall be taken off calendar, pending a determination by the Court whether to approve the class action settlement in this action;

2. The trial in this matter shall be taken off calendar pending a determination by the Court whether to approve the class action settlement in this action;

3. Neither the Magistrate Judge nor this Court will issue a ruling on Plaintiffs' pending motion to compel (Docket Nos. 254, 259, and 276) pending a determination by the Court whether to approve the class action settlement in this action.

If the Court ultimately decides not to approve the class action settlement in this action, the Court shall set a Case Management Conference at which the parties and the Court will discuss a schedule for hearing the pending motions and conducting the trial in this matter.

The Court sets **April 25, 2011 at 9 a.m.** for a Hearing on Preliminary Approval of Class Settlement. Because the Court must maintain its docket, all pending Motions are deemed as "withdrawn" and shall be terminated by the Clerk of Court. The parties may renotice their Motions should the settlement not be finalized.

DATED: __March 21, 2011__  

_____
HON. JAMES WARE
Chief Judge, United States District Court