1  Teresa S. Renaker – CA State Bar No. 187800
   trenaker@lewisfeinberg.com
2  Catha Worthman – CA State Bar No. 230399
   cworthman@lewisfeinberg.com
3  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   476 9th Street
4  Oakland, CA  94609
   Telephone: (510) 839 6824
5  Facsimile: (510) 839 7839

6  Steven M. Tindall – CA State Bar No. 187862
   steventindall@rhdtlaw.com
7  Rukin Hyland Doria & Tindall LLP
   100 Pine Street, Suite 2150
8  San Francisco, CA 94111
   Telephone: (415) 421-1800
9  Facsimile: (415) 421-1700
   Attorneys for Plaintiffs
10
   Robert E. Mangels – CA State Bar No. 48291
11 RMangels@jmbm.com
   Susan Allison – CA State Bar No. 133448
12 SAllison@jmbm.com
   Jeffer, Mangels, Butler & Marmaro LLP
13 1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067
14 Telephone: (310) 785-5303
   Facsimile: (310) 712-3303
15 Attorneys for Defendant

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware
4/21/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. PAULSEN, et al., <br><br>      Plaintiffs, <br><br>v. <br><br>CNF, INC., et al., <br><br>      Defendants. | CASE NO. C 03-03960 JW (PSG) <br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF MOTION FOR PRELIMINARY SETTLEMENT APPROVAL ON SHORTENED TIME AND HEARING DATE** <br><br>Place:    Courtroom 8 <br> Judge:    Honorable James Ware |

      WHEREAS, on March 14, 2011, the parties engaged in a mediation and agreed to settlement terms;

1   WHEREAS, by Order of this Court, on March 21, 2011, the Court took the hearing for the previously-filed dispositive and expert motions off calendar, pending a determination by the Court whether to approve the class action settlement in this action;

WHEREAS, by the March 21, 2011 Order, the Court set April 25, 2011 at 9:00 a.m. for a hearing on Preliminary Approval of Class Settlement;

WHEREAS, the parties have been working diligently to draft a detailed settlement agreement that, subject to Court approval, would resolve this action in its entirety;

WHEREAS, due to the complexity of the action, the parties took until April 13, 2011 to reach an agreement as to all settlement terms;

WHEREAS, to file a motion for preliminary approval on a normal briefing schedule would have required the parties to file the motion prior to the final settlement agreement having been reached;

WHEREAS, the parties anticipate that Plaintiffs' Motion for Preliminary Approval will not be opposed by Defendant Towers Perrin;

IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES, if the Court approves, as follows:

1.  Plaintiffs may file their motion for preliminary approval on shortened time. Plaintiffs shall file their motion no later than April 21, 2011, and Towers Perrin will have until April 26, 2011 to file any response to the motion for preliminary approval;

2.  To allow the Court sufficient time to review the motion for preliminary approval and the settlement itself, the hearing on preliminary approval of class settlement will be continued to May 2, 2011 at 9:00 a.m., or as soon thereafter as the matter may be heard by the Court.

DATED: April 18, 2011

Respectfully submitted,

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
TERESA S. RENAKER
CATHA WORTHMAN

By:  /s/ Teresa S. Renaker
     TERESA S. RENAKER

Joint Stip. and [Proposed]
Order re: Prelim. Approval Motion

Case No. 03-3960 JW

- 2 -

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 18, 2011 | RUKIN HYLAND DORIA & TINDALL LLP<br>STEVEN M. TINDALL |
| 3 | | |
| 4 | | By: /s/ Steven M. Tindall<br>STEVEN M. TINDALL |
| 5 | | |
| 6 | | Attorneys for Plaintiffs |
| 7 | DATED: April 18, 2011 | JEFFER, MANGELS, BUTLER & MARMARO LLP<br>ROBERT R. MANGELS<br>SUSAN ALLISON |
| 8 | | |
| 9 | | By: /s/ Susan Allison<br>SUSAN ALLISON |
| 10 | | |
| 11 | | Attorneys for Defendant |

**PROPOSED ORDER AS MODIFIED**

*IT IS SO ORDERED AS MODIFIED — Judge James Ware*

Pursuant to the stipulation of the parties and the notice of settlement of this action:

1. Plaintiffs may file their motion for preliminary approval on shortened time. Plaintiffs shall file their motion no later than April 21, 2011; and Towers Perrin will have until April 26, 2011 to file any response to the motion for preliminary approval;

2. Due to the Court's impending relocation of chambers from San Jose to San Francisco, the Court cannot accommodate the parties' request for a May 2, 2011 hearing date. Instead, the Court sets June 20, 2011 at 9 a.m. as the new hearing date for Preliminary Approval of Class Settlement. On or before May 6, 2011, the parties shall file their Joint Motion along with all the necessary papers for the Court's evaluation.

DATED: April 21, 2011

/s/ James Ware
HON. JAMES WARE
Chief Judge, United States District Court