Teresa S. Renaker – CA State Bar No. 187800
trenaker@lewisfeinberg.com
Jeffrey Lewis – CA State Bar No. 66587
jlewis@lewisfeinberg.com
Catha Worthman – CA State Bar No. 230399
cworthman@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA  94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Steven M. Tindall – CA State Bar No. 187862
steventindall@rhdt.com
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
*Attorneys for Plaintiffs*

ISRAEL GOLDOWITZ, Chief Counsel
CHARLES L. FINKE, Deputy Chief Counsel
VICENTE MATIAS MURRELL, Attorney, BAR NO. MD 9806240098
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005
Telephone: 202-326-4020 x3850
Facsimile: 202-326-4112
Emails: murrell.vicente@pbgc.gov and efile@pbgc.gov
*Attorneys for Pension Benefit Guaranty Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS A. PAULSEN, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>CNF, INC., et al.<br><br>  Defendants. | CASE NO. C 03-03960 JW (PSG)<br><br>JOINT STIPULATION RE: PBGC PROVISION OF DATA TO FACILITATE SETTLEMENT; [PROPOSED] ORDER THEREON<br><br>Place:   Courtroom 5<br>Judge:  Honorable James Ware |

1  WHEREAS, on October 7, 2010, the Court certified a class under Federal Rule of Civil Procedure 23(b)(3) consisting of all participants in and beneficiaries of the Consolidated Freightways Corporation Pension Plan ("CFC Plan") whose pension benefits have been reduced or will be reduced due to the termination of the CFC Plan (*See* Dkt. #255);

WHEREAS, the term "Class Member" shall refer to each member of the class certified by the Court;

WHEREAS, the Pension Benefit Guaranty Corporation ("PBGC") has been the statutory trustee of the terminated CFC Plan since May 19, 2003;

WHEREAS, following class certification and appointment of Class Counsel, PBGC provided court-appointed Class Counsel with a list of names and addresses of Class Members;

WHEREAS, Class Counsel provided notice of the pending litigation and class certification to all Class Members, and no individual requested exclusion from the Class;

WHEREAS, the parties to this litigation have reached a proposed class settlement that they are submitting to the Court for preliminary approval;

WHEREAS, the parties' proposed settlement provides for Towers Perrin to pay $9.2 million to a Settlement Fund;

WHEREAS, after payment of any attorneys' fees, costs of litigation, and class representative service payments approved by the Court, the parties' proposed settlement provides for the remaining amount to be allocated among the Class Members in proportion to the present value of the reduction in their pensions due to the maximum insurance limits, to be determined by reference to a PBGC Actuarial Case Memorandum dated September 7, 2006;

WHEREAS, PBGC has previously provided Class Counsel its Actuarial Case Memorandum dated September 7, 2006 (a copy of which is attached hereto and has been previously submitted to the Court as Deposition Exhibit 103);

WHEREAS, PBGC redacted names and Social Security numbers in the Actuarial Case Memorandum due to requirements under the Privacy Act, 5 U.S.C. § 552a, and PBGC's regulations, 29 C.F.R. § 4902.1, *et seq.*;

1  WHEREAS, the definition of the class as certified by the Court includes the Plan
2  participants listed on Attachment E to the Actuarial Case Memorandum;
3  WHEREAS, to calculate the pro rata settlement share to be paid to each Class Member in
4  the event that the proposed settlement receives this Court's final approval, Plaintiffs believe certain
5  information is required, specifically (1) the name and pension reduction amount for each class
6  member (which would include, but not be limited to, the information that would be contained in an
7  unredacted Attachment E); (2) each class member's form of benefit; (3) each class member's birth
8  date; and (4) for class members whose form of benefit is a joint and survivor annuity, the spouse's
9  birth date; as well as (5) each class member's Social Security number, so that payments from the
10 settlement fund can be properly reported to the IRS;
11 WHEREAS, PBGC has such information regarding each Class Member and is the most
12 reliable source of the benefit information;
13 WHEREAS, the parties' settlement provides further that each Class Member shall be
14 notified as to their expected pro rata settlement share, in order to enable each Class Member to
15 evaluate the fairness and adequacy of the settlement;
16 WHEREAS Class Counsel represents each Class Member, and the Privacy Act contains a
17 number of exceptions, including but not limited to an exception for release of otherwise private
18 information "pursuant to the order of a court of competent jurisdiction," 5 U.S.C. § 552a(b)(11);
19 IT IS HEREBY AGREED AND STIPULATED, AS FOLLOWS:
20 1.   Within thirty days of the entry of an order by the Court, PBGC will provide Class
21 Counsel with the following information for each of the Class Members: (1) the name and pension
22 reduction amount for each Class Member; (2) each Class Member's form of benefit; (3) each Class
23 Member's birth date; and (4) for Class Members whose form of benefit is a joint and survivor
24 annuity, the spouse's birth date; as well as (5) each Class Member's Social Security number;
25 2.   Class Counsel will maintain the information as confidential client information.
26
27
28

| | | |
|---|---|---|
| 1 | DATED: May 6, 2011 | Respectfully submitted, |
| 2 | | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.<br>RUKIN HYLAND DORIA & TINDALL LLP |
| 3 | | By: */s/ Teresa S. Renaker* |
| 4 | | |
| 5 | | Teresa S. Renaker<br>Attorneys for the Class |

DATED: May 6, 2011    PENSION BENEFIT GUARANTY CORPORATION

By: _____/s/_____
VICENTE MATIAS MURRELL
Attorney for Pension Benefit Guaranty Corporation

I hereby attest that I have the concurrence of the other signatory in the filing of this e-filed document.

DATED: May 6, 2011    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: */s/ Teresa S. Renaker*

# [~~PROPOSED~~] ORDER

This Court has previously certified the following class all participants in and beneficiaries of the Consolidated Freightways Corporation Pension Plan ("CFC Plan") whose pension benefits have been reduced or will be reduced due to the termination of the CFC Plan. *See* Dkt. #255 at 16:18-20. Each member of the class is referred to herein as a "Class Member."

Pursuant to the stipulation of Class Counsel and PBGC, the Court now orders:

1. Within thirty days of the date of this order, PBGC shall provide Class Counsel with the following information for each Class Member, including each participant, spousal beneficiary, and alternate payee: (1) the name and pension reduction amount for each Class Member; (2) each Class Member's form of benefit; (3) each Class Member's birth date; and (4) for Class Members whose form of benefit is a joint and survivor annuity, the spouse's birth date; as well as (5) each Class Member's Social Security number and, if available (6) each Class Member's sex;

2. PBGC may provide this information by providing both an unredacted Attachment E to the Actuarial Case Memorandum of September 7, 2006 and Benefit Determination Letters for each of the class members; and/or in any other form at the convenience of PBGC;

3. PBGC shall designate as confidential the information it provides pursuant to this order, and Class Counsel shall maintain the information received from PBGC as confidential client information.

IT IS SO ORDERED.

DATED: May 9, 2011

_____
HON. JAMES WARE
Chief Judge, United States District Court