**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Thomas A. Paulsen, et al., | NO. C 03-03960 JW |
|         Plaintiffs, | **ORDER FOLLOWING HEARING** |
|   v. | |
| CNF, Inc., et al., | |
|         Defendants. | |

On June 20, 2011, the Court conducted a hearing on the parties' Motion for Preliminary Approval of Class Action Settlement. (See Docket Item No. 329.) Counsel for both parties were present. At the hearing, the Pension Benefit Guarantee Corporation ("PBGC") informed the Court of its intent to file a motion for attorney fees. Both PBGC and the parties were unsure how the potential motion for attorney fees would impact the Settlement, if at all. In light of PBGC's ambivalence as to whether the motion would impact the Settlement, the Court stated on the record that it first intended to preliminarily approve the Settlement, and that it would only stay mailing of class notice should PBGC move for fees to be taken from the Settlement Fund.

Accordingly, as stated on the record at the hearing, the Court ORDERS as follows:

(1) On or before **July 11, 2011**, PBGC shall file its Motion for Attorney Fees, if any. In its Motion, PBGC shall address: (a) from whom it is seeking fees and the legal basis; and (b) the timeliness of the motion and why no earlier motion was filed.

(2) On or before **July 25, 2011**, the parties shall file any Oppositions.

(3) On or before **August 1, 2011**, PBGC shall file its Reply, if any.

Unless otherwise indicated by the Court, upon completion of the briefing, the Court will take the matter under submission for decision without oral argument. See Civ. L.R. 7-1(b).

Dated: June 21, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew Lah alah@lewisfeinberg.com
Carole Vigne invalidaddress@invalidaddress.com
Cassie Springer-Sullivan css@ssrlawgroup.com
Catha Alison Worthman cworthman@lewisfeinberg.com
Charles S. Birenbaum cbirenbaum@winston.com
David L. Bacon dbacon@nixonpeabody.com
Ellen M. Papadakis epapadakis@nixonpeabody.com
George A. Riley griley@omm.com
Jahan C. Sagafi jsagafi@lchb.com
James M. Finberg jfinberg@altshulerberzon.com
Karl Olson kolson@ramolson.com
Lisa T. Belenky lbelenky@biologicaldiversity.org
Marian C Miller rian.miller@towerswatson.com
Michael Christian Hallerud hallerud@nixonpeabody.com
Robert Spagat rspagat@winston.com
Robert Edwin Mangels Rmangels@jmbm.com
Sherwin S. Kaplan skaplan@nixonpeabody.com
Steven M. Tindall steventindall@rhdtlaw.com
Susan J. Allison SJA@jmbm.com
Teresa Renaker trenaker@lewisfeinberg.com
Vicente Matias Murrell murrell.vicente@pbgc.gov
Vincent Cheng vcheng@lewisfeinberg.com

**Dated:  June 21, 2011**                                          **Richard W. Wieking, Clerk**


**By:   /s/ JW Chambers**
       **Susan Imbriani**
       **Courtroom Deputy**