**United States District Court**
For the Northern District of California

1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                    SAN FRANCISCO DIVISION

8    Paulsen, et al                          NO. C 03-3960
                           Plaintiff
9            -v-                     **ORDER RE. DISCOVERY REFERRAL**

10   CNF, Inc., et al
                           Defendant
11   _____/

12        Due to the Court's relocation to the San Francisco Division, the Court's practice of

13   automatically referring discovery matters to the Magistrate Judges of the San Jose Division is hereby

14   DISCONTINUED.

15        Accordingly, the Court orders as follows:

16   (1)    In cases assigned to Judge Ware, all discovery motions noticed before Judge Lloyd or

17          Judge Grewal are hereby TRANSFERRED to Judge Ware.  The parties shall renotice

18          their motions before Judge Ware in accordance with the Civil Local Rules of Court.

19   (2)    Any motions in which briefing is complete are hereby taken under submission.[1]  On

20          or before **July 29, 2011**, the parties shall file a Joint Statement apprising the Court of

21          the pending motion and providing a brief review of the parties' positions.

22

23

24

25

26

27

28        [1] This Order does not apply to any motions which have been heard or taken under
     submission by either Judge Lloyd or Judge Grewal.

1    (3)    If any party believes that its motion is urgent and that it may be prejudiced by the

2            transfer, that party shall meet and confer and file a Joint Statement on or before **July**

3            **29, 2011** detailing the nature of the motion and the need for expedited disposition.

4

5

6    Dated:  July 15, 2011                                    _____

7                                                             JAMES WARE
                                                             United States District Chief Judge

8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                    2